CHARLES E. MCDONALD, as Administrator of the Estate of JAMES W. MCDONALD, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*McDonald* v. *State of New York,* 178 App. Div. 943, appeal dismissed.
(Submitted July 11, 1917; decided July 11, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1917, unanimously affirming a judgment in favor of plaintiff entered upon an award of the Court of Claims.

The motion was made upon the ground that the judg-

ment appealed from was not reviewable by the Court of Appeals.

*Elijah W. Holt* for motion.

*Carey D. Davie* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.